No. 418. WEBERMAN *v.* AUSTER; and

No. 419. DONNER ET AL. *v.* NEW YORK ON THE COMPLAINT OF SILVERMAN. *Per Curiam:* The appeals are dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted. *Thomas Turner Cooke* for appellants.

No. 6, Original. UNITED STATES *v.* CALIFORNIA. An order is entered awarding compensation to the Special Master and allowing his expenses to which MR. JUSTICE DOUGLAS dissents. MR. JUSTICE CLARK took no part in the consideration or decision of this question.

No. 188, Misc. LILLY *v.* HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.